# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA RAMSAY-NOBLES, individually and as Administratrix of the Estate of Karl Taylor, Deceased,<br><br>      Plaintiff<br><br>- against -<br><br>WILLIAM KEYSER et al.,<br><br>      Defendants | Case No. 16-cv-05778 (CM)(BCM)<br><br>[~~PROPOSED~~] **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO:  MICHAEL CAPRA, SUPERINTENDENT of SING SING Correctional Facility, OSSINING, New York, or their Assistant; and the DEPARTMENT OF CORRECTIONAL SERVICES of the State of New York;

    RALPH SOZIO, UNITED STATES MARSHAL for the Southern District of New York, United States Courthouse, New York, New York, or his Assistant; and

    JAMES PETRUCCI, Warden of the Metropolitan Correctional Center, New York, New York, or his Assistant.

GREETINGS:

    Plaintiff no longer intends to call inmate STACY LIGGAN (DIN No. 05-A-4273) to testify in the trial of this matter. THEREFORE, IT IS HEREBY ORDERED that the Court's previously issued *Writ of Habeas Corpus Ad Testificandum* dated January 15, 2020 is VACATED as moot and the transfer of STACY LIGGAN is no longer necessary.

Dated: 01/27/2020

                        _____
                        Hon. Colleen McMahon
                        Chief U.S.D.J.

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/28/2020