UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JULIA RAMSAY-NOBLES, individually and as Administratrix of the Estate of Karl Taylor, Deceased,

           Plaintiff

- against -

WILLIAM KEYSER et al.,

           Defendants

Case No. 16-cv-05778 (CM)(BCM)

[PROPOSED] ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    STEWART ECKERT, SUPERINTENDENT of WENDE Correctional Facility, ALDEN, New York, or their Assistant; and the DEPARTMENT OF CORRECTIONAL SERVICES of the State of New York;

RALPH SOZIO, UNITED STATES MARSHAL for the Southern District of New York, United States Courthouse, New York, New York, or his Assistant; and

JAMES PETRUCCI, Warden of the Metropolitan Correctional Center, New York, New York, or his Assistant.

GREETINGS:

Plaintiff no longer intends to call inmate VANCE JACKSON (DIN No. 11-A-0701) to testify in the trial of this matter. THEREFORE, IT IS HEREBY ORDERED that the Court's previously issued *Writ of Habeas Corpus Ad Testificandum* dated January 15, 2020 is VACATED as moot and the transfer of VANCE JACKSON is no longer necessary.

Dated: 01/24/2020

                                        Hon. Colleen McMahon
                                        Chief U.S.D.J.