## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

JULIA RAMSAY-NOBLES, individually and as
Administratrix of the Estate of Karl Taylor,
Deceased,

                      Plaintiff

- against -

WILLIAM KEYSER et al.,

                      Defendants

Case No. 16-cv-05778 (CM)(BCM)

**[PROPOSED] ORDER VACATING**
**WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

TO:        WILLIAM BLEYLE, CHIEF CORRECTION DEPUTY of ONONDAGA
COUNTY Correctional Facility, SYRACUSE, New York, or their Assistant; and
the SHERIFF'S OFFICE of the County of Onondaga, in the State of New York;

              RALPH SOZIO, UNITED STATES MARSHAL for the Southern District of New
York, United States Courthouse, New York, New York, or his Assistant; and

              JAMES PETRUCCI, Warden of the Metropolitan Correctional Center, New
York, New York, or his Assistant.

GREETINGS:

              Plaintiff no longer intends to call inmate KURTIS WILLIAMS (No. 09002681) to

testify in court in the trial of this matter. THEREFORE, IT IS HEREBY ORDERED that the

Court's previously issued *Writ of Habeas Corpus Ad Testificandum* dated January 15, 2020 is

VACATED as moot and the transfer of KURTIS WILLIAMS is no longer necessary.

Dated: 02/ /2020

Hon. Colleen McMahon
Chief U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020