UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA RAMSAY-NOBLES, individually and as Administratrix of the Estate of Karl Taylor, Deceased,<br>　　　　　　　Plaintiff,<br><br>-against-<br><br>WILLIAM KEYSER et al.,<br>　　　　　　　Defendants. | Case No. 16-cv-05778 (CM)(BM) |

## [~~PROPOSED~~] ORDER ADMITTING PLAINTIFF'S ADDITIONAL TRIAL EXHIBITS

WHEREAS, the Court convened a final pretrial conference to discuss the parties' proposed exhibits and objections and issued an Order dated January 28, 2020;

WHEREAS, Plaintiff has revised her exhibit list in accordance with the Court's Order;

WHEREAS, Plaintiff has asked the Court to admit additional exhibits in advance of trial;

IT IS HEREBY ORDERED that the following exhibits are admitted:

PTX-6

PTX-239A

PTX-239B

PTX-269

PTX-277

PTX-279

PTX-287 (as redacted)

PTX-293A

PTX-293B

1

PTX-293C

PTX-293D

PTX-293E

PTX-410

PTX-414

Dated: New York, New York
February /2, 2020

SO ORDERED:

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York

11617513