UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JULIA RAMSAY-NOBLES,

        Plaintiff,

-against-                                            16 Civ. 5778 (CM)

WILLIAM KEYSER et al.,

        Defendants.

---------------------------------------------------------------x

## DECISION ON THE SUPERVISOR DEFENDANTS' OBJECTIONS TO THE PLAINTIFF'S DEPOSITION DESIGNATIONS FOR OFFICER JEFFREY HUNT

McMahon, C.J.:

The Court having reviewed the Supervisor Defendants' objections to the Plaintiff's deposition designations for Officer Jeffrey Hunt and Plaintiff's responses thereto (Dkt. No. 391), the Supervisor Defendants' objections to the following designations are OVERRULED:

- 66:3-9
- 66:24-68:1
- 85:2-86:16
- 89:1-24
- 179:2-181:16
- 185:9-13
- 199:4-8
- 199:24-200:5
- 200:13-16
- 201:5-208:18: for the limited purpose of the fact that these conversations took place. The jury will be instructed accordingly.
- 209:15-20
- 210:1-16
- 225:3-226:1
- 226:5-15: through "heart attack"

The Supervisor Defendants' objections to the following designations are SUSTAINED:

- 66:10-19
- 86:17-25
- 89:25-90:7
- 181:17-182:18
- 182:19-22
- 199:4-8
- 200:17-201:4
- 209:21-25
- 226:2-4
- 226:15 – starting with "And she says" – through 226:16

I cannot rule on designation 84:14-22 as this question refers to an email that I do not have.

Dated: February 13, 2020

_____
Chief Judge

EY ECF TO ALL COUNSEL