

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 25, 2023

VIA ECF
Honorable Colleen McMahon
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ramsay-Nobles v. Keyser / 16 Civ. 5778(CM)

Dear Judge McMahon:

Pursuant to the Court Ordered Stipulation of Settlement, dated May 5, 2020, I submit this status report regarding the installation of cameras at Sullivan Correctional Facility. As of the September 2023 status report the estimated completion was 29%. The estimated completion is now 44%. The Contractor continues to work on conduit runs for the cameras and microphones. As reported in the previous status report, equipment is being installed in different buildings, and as the equipment becomes operational, the cameras in these separate buildings will be connected and operational. Cameras in buildings will be "live" at various times of completion between now and the completion date for entire project in 2025 and the contractor has now completed areas of wiring and installation of devices. The estimated substantial completion date for entire project is now February 4, 2025.

I also write to advise the Court that I am retiring from the Office of the Attorney General and will filing my Notice of Withdrawal. Going forward Assistant Attorney General Ian Ramage, who will be fling his Notice of Appearance, will file the status reports.

Respectfully submitted,
/s *Rebecca Ann Durden*
REBECCA ANN DURDEN
Assistant Attorney General

cc: All counsel via ECF