

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

February 23, 2026

**VIA ECF**
Honorable Colleen McMahon
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ramsay-Nobles v. Keyser*, 16-CV-5778 (CM) (BGM)

Dear Judge McMahon:

Pursuant to the Court Ordered Stipulation of Settlement, dated May 5, 2020, and the amended Stipulation and Order, dated November 13, 2024 (the "Settlement Agreement"), I submit this status report regarding the installation of cameras at Wende Correctional Facility ("Wende"). As of the October 31, 2025 status report ("November Report"), the estimated completion was 98% with an estimated completion date of February 10, 2026.

We are pleased to report that the installation of cameras and microphones at Wende pursuant to the Settlement Agreement is now 100% complete. Pursuant to Paragraph 5 of the May 5, 2020, Stipulation of Settlement, within 90 days the Office of the New York State Attorney General will file a report with the Court, under seal and pursuant to the Protective Order, describing the scope of the camera installation.

We appreciate the Court's patience and attention to this matter.

Respectfully submitted,

*/s/ S. Cynthia Luo*
S. CYNTHIA LUO
Section Chief
212-416-8037
Cynthia.Luo@ag.ny.gov

cc: All counsel via ECF

*Handwritten endorsement:* Excellent — it certainly has taken a long time. /s/ Colleen McMahon 2/24/2026