

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2026

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

MEMO ENDORSED

May 5, 2026

**VIA ECF**
Honorable Colleen McMahon
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

5/5/2026
granted
file under
seal

Re: *Ramsay-Nobles v. Keyser / 16 Civ. 5778 (CM)*

Dear Judge McMahon:

Pursuant to Paragraph 5 of the Court Ordered Stipulation of Settlement, dated May 5, 2020, and the amended Stipulation and Order, dated November 13, 2024 (the "Settlement Agreement"), the Office of the New York State Attorney General ("OAG") is to submit a final installation report documenting the scope of the camera and microphone installation at Wende Correctional Facility to the Court, under seal. (Dkt. No. 429). The OAG now respectfully requests leave to file the final installation report to the Court under seal, pursuant to Your Honor's Individual Rules of Practice.

We appreciate the Court's attention to this request.

Respectfully submitted,

/s/ *Ian Ramage*
IAN RAMAGE
Deputy Section Chief
212-416-8659
Ian.Ramage@ag.ny.gov

cc:  All counsel via ECF