

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 6, 2026

**VIA ECF**
Honorable Colleen McMahon
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ramsay-Nobles v. Keyser / 16 Civ. 5778 (CM)*

Dear Judge McMahon:

Pursuant to Paragraph 5 of the Court Ordered Stipulation of Settlement, dated May 5, 2020, and the amended Stipulation and Order, dated November 13, 2024 (the "Settlement Agreement"), the Office of the New York State Attorney General ("OAG") has submitted a final installation report, documenting the scope of the camera and microphone installation at Wende Correctional Facility ("Wende"). (Dkt. No. 475). The report was filed under seal and a copy designated "Attorney's Eyes Only" was provided to Plaintiff Counsel via email.

Accordingly, we respectfully ask that the Court deem the OAG's obligations pursuant to the May 5, 2020 and November 13, 2024 Settlement Agreements complete.

We appreciate the Court's patience and attention to this matter.

Respectfully submitted,

/s/ *Ian Ramage*
IAN RAMAGE
Deputy Section Chief
212-416-8659
Ian.Ramage@ag.ny.gov

cc: All counsel via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-7-26